<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7297**

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

      v.

KENNETH WAYNE TUCKER, a/k/a Kenneth Nathaniel Tucker, a/k/a
Kenneth N. Tucker,

               Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (3:07-cr-00098-HEH-1)

Submitted:  August 25, 2009      Decided:  September 11, 2009

Before TRAXLER, Chief Judge, and KING and GREGORY, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Kenneth Wayne Tucker, Appellant Pro Se. Peter Sinclair Duffey,
Assistant United States Attorney, Richmond, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Wayne Tucker appeals the district court's order denying his 18 U.S.C. § 3582 (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Tucker, No. 3:07-cr-00098-HEH-1 (E.D. Va. June 13, 2008). We grant Tucker's motion to withdraw his motion to stay. Further, we grant Tucker's motion to amend his informal brief and deny his motions for a transcript and appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED